

**Dept of Community Services**
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 264895 | Law Enforcement Case # 10100 | Accompanying Reports: ☑ Incident ☐ Citation ☐ Accident ☐ Other ☐ Special | Copies ☐ DA | Page # 1 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location 2310 | Address NE | Street 82nd | Unit # | City OR | State 97220 | Zip |
|---|---|---|---|---|---|---|

Person Code      V – Victim      O – Owner      S- Suspect      F – Finder      U – Other

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

Property Type Codes
C – Confiscated   O – Other
E – Evidence

Dispo Codes
H – Hold   C – Crime Lab   P – Digital Photo
R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1 | C R O E | 1 | F Terrier | | TAN | | H C P R D | |
| 2 | C R O E | 1 | DSH ~~torti~~ | | torti | | H C P R D | |
| 3 | C R O E | 1 | DSH, M | | grey | | H C P R D | |
| 4 | C R O E | 1 | DSH, M | | grey | | H C P R D | |
| 5 | C R O E | 1 | DSH, F | | org | | H C P R D | |
| 6 | C R O E | 1 | DSH, M | | org | | H C P R D | |
| 7 | C R O E | 1 | DSH, F | | torbi | | H C P R D | |
| 8 | C R O E | 1 | DSH, F | | blk/wht | | H C P R D | |
| 9 | C R O E | 1 | DSH, M | | | | H C P R D | |

Narrative:

| Reporting ACO Vammrall Russel | DPSST # Need | Date 8/1/2020 | Time 8:00 |
|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy      Pink-Inspections      Canary-File Copy      Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # | Accompanying Reports: ☐ Incident ☐ Citation ☐ Accident ☐ Other ☐ Special | Copies ☐ DA | Page # 2 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location 230 | Address NE | Street 82nd | Unit # | City PDX | State OR 97220 | Zip |
|---|---|---|---|---|---|---|

**Person Code    V – Victim    O – Owner    S – Suspect    F – Finder    U – Other**

| Code: | No. | Last Name Woogin | First Palara | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**
C – Confiscated    O – Other
E – Evidence

**Dispo Codes**
H – Hold    C – Crime Lab    P – Digital Photo
R – Release to Owner    D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 10 | C R O E | 1 | DSH, M | | brwn tabby | | H C P R D | |
| 11 | C R O E | 1 | DSH, M | | brwn tabby | | H C P R D | |
| 12 | C R O E | 1 | DSH, M | | grey | | H C P R D | |
| 13 | C R O E | 1 | DSH, F | | torti | | H C P R D | |
| 14 | C R O E | 1 | DSH, F | | grey | | H C P R D | |
| 15 | C R O E | 1 | DSH, M | | grey white | | H C P R D | |
| 16 | C R O E | 1 | DSH, F | | brwn tabby | | H C P R D | |
| 17 | C R O E | 1 | DSH, M | | grey tabby | | H C P R D | |
| 18 | C R O E | 1 | DSH, F | | torti | | H C P R D | |

Narrative: _____

| Reporting ACO | | DPSST # | Date 8/11/2020 | Time 8:00 |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy    Pink-Inspections    Canary-File Copy    Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # | Accompanying Reports: ☐ Incident ☐ Citation ☐ Accident ☐ Other ☐ Special | Copies ☐ DA | Page # 3 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

Location 2310  Address NE 82nd  Street  Unit #  City PDX  State OR  Zip 97220

| Person Code | V – Victim | O – Owner | S – Suspect | F – Finder | U – Other |

| Code: | No. | Last Name WOOGn | First Palooza | Middle LLC | DOB | Sex |
|---|---|---|---|---|---|---|

Address  Street  Unit #  City  State  Zip  Phone

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|

Address  Street  Unit #  City  State  Zip  Phone

**Property Type Codes**
C – Confiscated   O – Other
E – Evidence

**Dispo Codes**
H – Hold   C – Crime Lab   P – Digital Photo
R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1 19 | C R O E | 1 | DSH, M | | blk | | H C P R D | |
| 2 20 | C R O E | 1 | DMH, M | | grey | | H C P R D | |
| 3 21 | C R O E | 1 | DMH, F | | grey & wht | | H C P R D | |
| 4 22 | C R O E | 1 | DSH, M | | white black | | H C P R D | |
| 5 23 | C R O E | 1 | DSH, F | | grey & white | | H C P R D | |
| 6 24 | C R O E | 1 | DMH, M | | org & white | | H C P R D | |
| 7 25 | C R O E | 1 | DSH, F | | grey & wht | | H C P R D | |
| 8 26 | C R O E | 1 | DSH, F | | grey & wht | | H C P R D | |
| 9 27 | C R O E | 1 | DSH, F | | brwn tabby | | H C P R D | |

Narrative:

| Reporting ACO | AO | DPSST # ACAS | Date 8/17/2020 | Time 18:09 |

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy    Pink-Inspections    Canary-File Copy    Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case #  254895 | Law Enforcement Case # | Accompanying Reports:  ☐ Incident ☐ Citation  ☐ Accident ☐ Other  ☐ Special | Copies  ☐ DA | Page #  4 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location  2310 | Address  NE | Street  82nd | Unit # | City  Portland | State  OR | Zip  97220 |
|---|---|---|---|---|---|---|

**Person Code        V – Victim        O – Owner        S– Suspect        F – Finder        U – Other**

| Code: | No. | Last Name  Woofin | First  Palooza | Middle  LLC | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**
C – Confiscated    O – Other
E – Evidence

**Dispo Codes**
H – Hold    C – Crime Lab    P – Digital Photo
R – Release to Owner    D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1 28 | C R O E | 1 | DSH, F | | Wht & brwn | | H C P R D | |
| 2 29 | C R O E | 1 | DSH, M | | Brwn Tabby | | H C P R D | |
| 3 30 | C R O E | 1 | DSH, F | | BL & W | | H C P R D | |
| 4 31 | C R O E | 1 | DSH, M | | Brwn Tabby | | H C P R D | |
| 5 32 | C R O E | 1 | DSH, M | | BL/Wht | | H C P R D | |
| 6 33 | C R O E | 1 | DSH, F | | Wht Gr Black | | H C P R D | |
| 7 34 | C R O E | 1 | DSH, F | | Br/W | | H C P R D | |
| 8 35 | C R O E | 1 | DSH, F | | Brl Tabby | | H C P R D | |
| 9 36 | C R O E | 1 | DSH, F | | Br Tabby | | H C P R D | |

Narrative: _____

_____

| Reporting ACO  AB | DPSST #  | Date  8/11/2500 | Time  ___ |
|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy        Pink-Inspections        Canary-File Copy        Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # | Accompanying Reports:<br>☐ Incident ☐ Citation<br>☐ Accident ☐ Other<br>☐ Special | Copies<br>☐ DA | Page # 5 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location 2310 | Address NE | Street 82nd | Unit # | City Portland | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

**Person Code    V – Victim    O – Owner    S – Suspect    F – Finder    U – Other**

| Code: | No. | Last Name Wootin | First Palooza | Middle LLC | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**      **Dispo Codes**
C – Confiscated   O – Other      H – Hold   C – Crime Lab   P – Digital Photo
E – Evidence                 R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1 37 | C R O E | 1 | DSH, F | | Bel/by | | H C P R D | |
| 2 38 | C R O E | 1 | DSH, M | | B/W | | H C P R D | |
| 3 39 | C R O E | 1 | DSH, F | | B/smoke | | H C P R D | |
| 4 40 | C R O E | 1 | DSH, F | | BL | | H C P R D | |
| 5 41 | C R O E | 1 | DSH, M | | BL | | H C P R D | |
| 6 42 | C R O E | 1 | DSH, M | | tux | | H C P R D | |
| 7 43 | C R O E | 1 | DSH, F | | torti | | H C P R D | |
| 8 44 | C R O E | 1 | DSH, M | | blk | | H C P R D | |
| 9 45 | C R O E | 1 | DSH, F | | grey | | H C P R D | |

Narrative: _____

_____

| Reporting ACO | | DPSST # Proud | Date 8/11/20 | Time 800 |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy    Pink-Inspections    Canary-File Copy    Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # | Accompanying Reports: □ Incident □ Citation □ Accident □ Other □ Special | Copies □ DA | Page # 6 |
|---|---|---|---|---|
| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |

| Location 2310 | Address NE | Street 82nd | Unit # | City PDX | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

Person Code    V – Victim    O – Owner    S – Suspect    F – Finder    U – Other

| Code: | No. | Last Name Woofin | First Palooza LLC | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**
C – Confiscated    O – Other
E – Evidence

**Dispo Codes**
H – Hold    C – Crime Lab    P – Digital Photo
R – Release to Owner    D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1 46 | C R O E | 1 | DSH, M | | tux | | H C P R D | |
| 2 47 | C R O E | 1 | DSH, F | | blk & wht | | H C P R D | |
| 3 48 | C R O E | 1 | DSH, F | | blk | | H C P R D | |
| 4 49 | C R O E | 1 | DSH, M | | brwn tabby | | H C P R D | |
| 5 50 | C R O E | 1 | DSH, F | | calico | | H C P R D | |
| 6 51 | C R O E | 1 | DLH, F | | blk & wht | | H C P R D | |
| 7 52 | C R O E | 1 | DSH, M | | brwn tabby | | H C P R D | |
| 8 53 | C R O E | 1 | DSH, F | | torti | | H C P R D | |
| 9 54 | C R O E | 1 | DSH, F | | torti | | H C P R D | |

Narrative: _____

_____

| Reporting ACO | AR | DPSST # | Date 8/11/2020 | Time 1800 |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy    Pink-Inspections    Canary-File Copy    Goldenrod-Receipt Copy

Property Evidence Report: October 2012



**Dept of Community Services**
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # | Law Enforcement Case # | Accompanying Reports: | Copies | Page # |
|---|---|---|---|---|
| 254895 | | □ Incident □ Citation □ Accident □ Other □ Special | □ DA | 7 |

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location 2310 | Address NE | Street 82nd | Unit # | City PDX | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

| Person Code | V – Victim | O – Owner | S – Suspect | F – Finder | U – Other |
|---|---|---|---|---|---|

| Code: | No. | Last Name Wootin | First Palooza LLC | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**
C – Confiscated    O – Other
E – Evidence

**Dispo Codes**
H – Hold    C – Crime Lab    P – Digital Photo
R – Release to Owner    D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1/55 | C R O E | 1 | DSH, M | | grey | | H C P R D | |
| 2/56 | C R O E | 1 | DSH, M | | lynx tabby | | H C P R D | |
| 3/57 | C R O E | 1 | DSH, M | | blk | | H C P R D | |
| 4/58 | C R O E | 1 | DSH, F | | brwn/wht | | H C P R D | |
| 5/59 | C R O E | 1 | DSH, M | | org | | H C P R D | |
| 6/60 | C R O E | 1 | DSH, unknown | | brwn tabby | | H C P R D | |
| 7/61 | C R O E | 1 | DSH, F | | blk & wht | | H C P R D | |
| 8/62 | C R O E | 1 | DMH, F | | grey/wht | | H C P R D | |
| 9/63 | C R O E | 1 | DLH, F | | buff/wht | | H C P R D | |

Narrative: _____

| Reporting ACO | | DPSST # Aloug | Date 8/11/2020 | Time 1800 |
|---|---|---|---|---|

**PROPERTY IS RELEASED BY APPOINTMENT ONLY**
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy       Pink-Inspections       Canary-File Copy       Goldenrod-Receipt Copy

Property Evidence Report: October 2012

Exhibit A
Page 7 of 21



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # | Accompanying Reports: ☐ Incident ☐ Citation ☐ Accident ☐ Other ☐ Special | Copies ☐ DA | Page # 8 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location 2310 | Address NE | Street 82nd | Unit # | City PDX | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

**Person Code    V – Victim    O – Owner    S- Suspect    F – Finder    U - Other**

| Code: | No. | Last Name Woofin | First Palooza LLC | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**
C – Confiscated    O – Other
E – Evidence

**Dispo Codes**
H – Hold    C – Crime Lab    P – Digital Photo
R – Release to Owner    D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1/64 | C R O E | 1 | DSH, M | | blk | | H C P R D | |
| 2/65 | C R O E | 1 | DMH, F | | torti | | H C P R D | |
| 3/66 | C R O E | 1 | DSH, M | | tux | | H C P R D | |
| 4/67 | C R O E | 1 | Am Pit Bull Terr X, adult male | | wht | | H C P R D | |
| 5/68 | C R O E | 1 | Am Pit Bull Terr X adult female | | wht & brwn | | H C P R D | |
| 6/69 | C R O E | 1 | small black puppy | | blk | | H C P R D | |
| 7/70 | C R O E | 1 | brwn & whit Chi X adult male | | brwn white | | H C P R D | |
| 8/71 | C R O E | 1 | Terrier X, male | | grey | | H C P R D | |
| 8/72 | C R O E | 1 | Akita adult female | | tan wht | | H C P R D | |

Narrative: _____

| Reporting ACO | | DPSST # Hoot | Date 8/11/20 | Time 8:00 |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy    Pink-Inspections    Canary-File Copy    Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # | Accompanying Reports:<br>□ Incident □ Citation<br>□ Accident □ Other<br>□ Special | Copies<br>□ DA | Page # 9 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location 2310 | Address NE | Street 82nd St | Unit # | City Portland | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

**Person Code    V – Victim    O – Owner    S- Suspect    F – Finder    U – Other**

| Code: | No. | Last Name WOOFIN | First PALOOZA | Middle LLC | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**  **Dispo Codes**
C – Confiscated    O – Other    H – Hold    C – Crime Lab    P – Digital Photo
E – Evidence    R – Release to Owner    D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1 73 | C R O E | 1 | mini Pood X adult fem. | | wht | | H C P R D | |
| 2 74 | C R O E | 1 | Scottie adult male | | blk | | H C P R D | |
| 3 75 | C R O E | 1 | Chi X blk & tan adult fem | | blk & tan | | H C P R D | |
| 4 76 | C R O E | 1 | Terrier X adult female | | grey wht | | H C P R D | |
| 5 77 | C R O E | 1 | Toy Poodle adult male | | blk | | H C P R D | |
| 6 79 | C R O E | 1 | Scottie adult | | blk | | H C P R D | |
| 7 78 | C R O E | 1 | American Shelter Dog mix, adult | | grey wht | | H C P R D | |
| 8 80 | C R O E | 1 | large puppy, male | | grey brndl | | H C P R D | |
| 9 81 | C R O E | 1 | Chi X Terr adult female | | cream | | H C P R D | |

Narrative: _____

| Reporting ACO | DPSST # | Date 2.11.2020 | Time 1800 |
|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy        Pink-Inspections        Canary-File Copy        Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # | Accompanying Reports: ☐ Incident ☐ Citation ☐ Accident ☐ Other ☐ Special | Copies ☐ DA | Page # 10 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location 2310 | Address NE | Street 82nd St | Unit # | City Portland | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

**Person Code    V – Victim    O – Owner    S – Suspect    F – Finder    U – Other**

| Code: | No. | Last Name WOODFIN | First PALOOZA | Middle LLC | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

Property Type Codes
C – Confiscated   O – Other
E – Evidence

Dispo Codes
H – Hold   C – Crime Lab   P – Digital Photo
R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1 82 | C R O E | 1 | Am Pit Bull Terr adult female | | White/brindle | | H C P R D | |
| 2 83 | C R O E | 1 | Terrier Puppy | | Brown Black | | H C P R D | |
| 3 84 | C R O E | 1 | Terrier Puppy | | Black Cream | | H C P R D | |
| 4 85 | C R O E | 1 | Terrier Puppy | | Tan | | H C P R D | |
| 5 86 | C R O E | 1 | Chihuahua Puppy | | Black | | H C P R D | |
| 6 87 | C R O E | 1 | Terrier puppy | | Light brown | | H C P R D | |
| 7 88 | C R O E | 1 | Terrier puppy F | | Brown | | H C P R D | |
| 8 89 | C R O E | 1 | Terrier puppy F | | Brown | | H C P R D | |
| 9 90 | C R O E | 1 | Terrier puppy M | | Brown | | H C P R D | |

Narrative:

| Reporting ACO | | DPSST # | Date 8/11/2020 | Time 800 |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy      Pink-Inspections      Canary-File Copy      Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # | Accompanying Reports: ☐ Incident ☐ Citation ☐ Accident ☐ Other ☐ Special | Copies ☐ DA | Page # 11 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location 2310 | Address NE | Street 82nd St | Unit # 4 | City Portland | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

| Person Code | V – Victim | O – Owner | S– Suspect | F – Finder | U – Other | |
|---|---|---|---|---|---|---|

| Code: | No. | Last Name WOOFIN | First PALOOZA LLC | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**
C – Confiscated   O – Other
E – Evidence

**Dispo Codes**
H – Hold   C – Crime Lab   P – Digital Photo
R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 91 | C R O E | | Husky, White, Adult M | | White | | H C P R D | |
| 92 | C R O E | | Spaniel, Puppy, M | | Tan | | H C P R D | |
| 93 | C R O E | | Mastiff, Adult M | | Dark brown | | H C P R D | |
| 94 | C R O E | | Terrier, Adult, F | | Tan | | H C P R D | |
| 95 | C R O E | | Terrier, Adult, F | | White | | H C P R D | |
| 96 | C R O E | | Terrier, puppy, M | | Tan white | | H C P R D | |
| 97 | C R O E | | Terrier, puppy, F | | Tan white | | H C P R D | |
| 98 | C R O E | | Terrier, adult, F | | whit, black | | H C P R D | |
| 99 | C R O E | | Shepherd, adult, M light brown | | Light brown | | H C P R D | |

Narrative: _____

_____

| Reporting ACO | DR | DPSST # Arbol | Date 8/11/2011 | Time 13:4 |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy      Pink-Inspections      Canary-File Copy      Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # | Accompanying Reports: □ Incident □ Citation □ Accident □ Other □ Special | Copies □ DA | Page # 12 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location 2310 | Address NE | Street 82nd | Unit St | City Portland | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

**Person Code    V – Victim    O – Owner    S – Suspect    F – Finder    U – Other**

| Code: | No. | Last Name WOOFIN | First PALOOZA | Middle LLC | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**
C – Confiscated    O – Other
E – Evidence

**Dispo Codes**
H – Hold    C – Crime Lab    P – Digital Photo
R – Release to Owner    D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1 / 100 | C R O E | | Husky, adult, M | | white/ black | | H C P R D | |
| 2 / 101 | C R O E | | Lab, adult, M | | Chocolate | | H C P R D | |
| 3 / 102 | C R O E | | German Shep, adult, F | | Brown | | H C P R D | |
| 4 / 103 | C R O E | | German Shepherd, puppy, M | | Brown/ white | | H C P R D | |
| 5 / 104 | C R O E | | German Shepherd, Puppy, F | | Brown/ white | | H C P R D | |
| 6 / 105 | C R O E | | German Shep, puppy, F | | Brown/ white | | H C P R D | |
| 7 / 106 | C R O E | | German Shep, puppy, F | | white/ brown | | H C P R D | |
| 8 / 107 | C R O E | | German Shep, puppy, F | | white/ brown | | H C P R D | |
| 9 / 108 | C R O E | | German Shep, puppy, M | | white/ brown | | H C P R D | |

Narrative: _____

_____

| Reporting ACO | | DPSST # Acor | Date 8/11/202_ | Time 800 |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy        Pink-Inspections        Canary-File Copy        Goldenrod-Receipt Copy

Property Evidence Report: October 2012



**Dept of Community Services**
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # | Accompanying Reports: ☐ Incident  ☐ Citation ☐ Accident  ☐ Other ☐ Special | Copies ☐ DA | Page # 13 |
|---|---|---|---|---|
| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |

| Location | Address | Street | Unit # | City | State | Zip |
|---|---|---|---|---|---|---|
| 2310 | NE | 82nd Ave | | Portland | OR | 97220 |

Person Code    V – Victim    O – Owner    S- Suspect    F – Finder    U – Other

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**
C – Confiscated   O – Other
E – Evidence

**Dispo Codes**
H – Hold   C – Crime Lab   P – Digital Photo
R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1 / 109 | C R O E | | German Shep, puppy, male | | Brown, black | | H C P R D | |
| 2 / 110 | C R O E | | Am Pit Bull, adult, male | | White, light brown | | H C P R D | |
| 3 / 111 | C R O E | | Lab, adult, male | | Black | | H C P R D | |
| 4 / 112 | C R O E | | Am Pit Bull, adult, M | | Brindle | | H C P R D | |
| 5 / 113 | C R O E | | Husky, adult, male | | Black/white | | H C P R D | |
| 6 / 114 | C R O E | | German Shep, adult, m | | Brown | | H C P R D | |
| 7 / 115 | C R O E | | Am Pit Bull, adult, M | | Brown | | H C P R D | |
| 8 / 116 | C R O E | | German Shep, adult, m | | Brown | | H C P R D | |
| 9 / 117 | C R O E | | German Shep, adult, F | | Brown | | H C P R D | |

Narrative: _____

| Reporting ACO | | DPSST # | Date 6/11/2020 | Time |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy    Pink-Inspections    Canary-File Copy    Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254 995 | | Law Enforcement Case # 40100 | Accompanying Reports:<br>☐ Incident  ☐ Citation<br>☐ Accident  ☐ Other<br>☐ Special | Copies<br>☐ DA | Page #<br>1 |
|---|---|---|---|---|---|
| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |

| Location | Address<br>2310 NE 82nd Ave | Street | Unit # | City<br>Portland | State<br>OR | Zip<br>97220 |
|---|---|---|---|---|---|---|

| Person Code | V – Victim | O – Owner | S – Suspect | F – Finder | U – Other |
|---|---|---|---|---|---|

| Code: | No. | Last Name<br>Wooth | First<br>Palooza | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**
C – Confiscated   O – Other
E – Evidence

**Dispo Codes**
H – Hold   C – Crime Lab   P – Digital Photo
R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1 | C R O E | 1 | IFA118803<br>Moved to PPTB PL12<br>Video Recorder | LA View | LV-N9516DbE-T3<br>IEA1800B454X00245 | H C P R D | |
| 1 – 2 | C R O E | 1 | Fluoxetine labeled Rx bottle | | Open dog area | | H C P R D | Bag 1 |
| 1 – 3 | C R O E | 1 | Carprofen labeled prescription bottle | | open dog area | | H C P R D | Bag 1 |
| 1 – 4 | C R O E | 1 | Acepromazine prescription bottle | | open dog area | | H C P R D | Bag 1 |
| 1 – 5 | C R O E | 1 | Meloxicam prescription, 3 syringes | | open dog area | | H C P R D | Bag 1 |
| 1 – 6 | C R O E | 1 | Rimadyl prescription, 3 chewables | | open dog area | | H C P R D | Bag 1 |
| 1 – 7 | C R O E | 1 | Prescription topical – Terramycin | | open dog area | | H C P R D | Bag 2 |
| 1 – 8 | C R O E | 1 | Prescription topical – Otomax | | open dog area | | H C P R D | Bag 2 |
| 1 – 9 | C R O E | 1 | Prescription topical – Erythromycin | | open dog area | | H C P R D | Bag 2 |

Narrative: _____

_____

| Reporting ACO | DPSST # ACOO9 | Date 2/11/2020 | Time 18:00 |
|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy      Pink-Inspections      Canary-File Copy      Goldenrod-Receipt Copy

Property Evidence Report: October 2012



**Dept of Community Services**
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # 40400 | Accompanying Reports: ☐ Incident ☐ Citation ☐ Accident ☐ Other ☐ Special | Copies ☐ DA | Page # 2 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location | Address 2310 NE 82nd | Street Ave | Unit # | City Portland | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

| Person Code | V – Victim | O – Owner | S – Suspect | F – Finder | U – Other | | |
|---|---|---|---|---|---|---|---|
| Code: | No. | Last Name | First | Middle | | DOB | Sex |
| Address | Street | Unit # | City | State | Zip | Phone | |

| Code: | No. | Last Name | First | Middle | | DOB | Sex |
|---|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone | |

**Property Type Codes**      **Dispo Codes**
C – Confiscated   O – Other      H – Hold   C – Crime Lab   P – Digital Photo
E – Evidence                    R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 1 | C R O E | | Reception folders | | Multi | | H C P R D | 2 |
| 2 | C R O E | | Desk files / folders | | Multi | | H C P R D | 2 |
| 3 | C R O E | | Hanging files - Reception | | | | H C P R D | 2 |
| 2- 4 | C R O E | | Storage - files | | Blue crate | | H C P R D | V1ft ×1 ct |
| 2- 5 | C R O E | | Storage - files | | Green crate | | H C P R D | |
| 2- 6 | C R O E | | Storage - files | | Clear crate | | H C P R D | |
| 2- 7 | C R O E | | Storage - files | | Brown box | | H C P R D | |
| 2- 8 | C R O E | | Storage - files | | Yellow box | | H C P R D | |
| 2- 9 | C R O E | | Prescription topical - Dosatex | | open dog area | | H C P R D | Bag 2 |

Narrative: _____

_____

| Reporting ACO | | DPSST # Acocc | Date 8/11/2020 | Time 1800 |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy      Pink-Inspections      Canary-File Copy      Goldenrod-Receipt Copy

Property Evidence Report: October 2012



**Dept of Community Services**
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # 40400 | Accompanying Reports: ☐ Incident ☐ Citation ☐ Accident ☐ Other ☐ Special | Copies ☐ DA | Page # 3 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|
| | | | | | | |

| Location | Address 2310 | Street NE 82nd Ave | Unit # | City Portland | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

**Person Code    V – Victim    O – Owner    S– Suspect    F – Finder    U – Other**

| Code: | No. | Last Name Woofin | First Palooza | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**
C – Confiscated   O – Other
E – Evidence

**Dispo Codes**
H – Hold   C – Crime Lab   P – Digital Photo
R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 3 - 1 | C R O E | | Reception, white end shelf, | | | | H C P R D | 3 |
| 3 - 2 | C R O E | | Unlabeled orange tablets | | Open dog area | | H C P R D | Bag 3 |
| 3 - 3 | C R O E | | Unlabeled blue/red capsules | | Open dog area | | H C P R D | Bag 3 |
| 3 - 4 | C R O E | | Unlabeled white tablets | | open dog area | | H C P R D | Bag 3 |
| 3 - 5 | C R O E | | Sulfa med Injectable 250ml | | open dog area | | H C P R D | Bag 4 |
| 3 - 6 | C R O E | | Linco med injectable 100ml | | open dog area | | H C P R D | Bag 4 |
| 3 - 7 | C R O E | | Tylan Injectable 250 ml | | open dog area | | H C P R D | Bag 4 |
| 3 - 8 | C R O E | | Enroflox Injectable 100mg | | open dog area | | H C P R D | Bag 4 |
| 3 - 9 | C R O E | | Cerenia Injectable 20 ml | | open dog area | | H C P R D | |

Narrative: _____

_____

| Reporting ACO | | DPSST # 11001 | Date 8/11/2020 | Time 1801 |
|---|---|---|---|---|

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # 40400 | Accompanying Reports: ☐ Incident ☐ Citation ☐ Accident ☐ Other ☐ Special | Copies ☐ DA | Page # 4 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location 2310 | Address NE | Street 82nd Ave | Unit # | City Portland | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

| Person Code    V – Victim    O – Owner    S – Suspect    F – Finder    U – Other |
|---|

| Code: | No. | Last Name Woofin | First Palooza | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**
C – Confiscated   O – Other
E – Evidence

**Dispo Codes**
H – Hold   C – Crime Lab   P – Digital Photo
R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser Nov. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 4-1 | C R O E | | Tylan Injectable 250 ml | | Open dog area | | H C P R D | Bag 4 |
| 4-2 | C R O E | | Prescription Pro-Pectalin Chewable | | open dog area | | H C P R D | Bag 1 |
| 4-3 | C R O E | | Prescription Ofloxacin topical | | open dog area | | H C P R D | Bag 2 |
| 4-4 | C R O E | | ½ Trivl 500 Tablet Bottle | | Open dog area | | H C P R D | Bag 5 |
| 4-5 | C R O E | | Amoxicillin 500 tablet Bottle | | Open dog area | | H C P R D | Bag 5 |
| 4-6 | C R O E | | Amoxicillin 250 tablets Bottle | | open dog area | | H C P R D | Bag 5 |
| 4-7 | C R O E | | Cephalexin 500 tablet Bottle | | open dog area | | H C P R D | Bag 5 |
| 4-8 | C R O E | | metronidazole 500 tablet bottle | | open dog area | | H C P R D | Bag 5 |
| 4-9 | C R O E | | Thyro-tabs 1,000 tablet bottle | | open dog area | | H C P R D | Bag 5 |

Narrative: _____

_____

| Reporting ACO | DPSST # Acad | Date 5/11/17 | Time |
|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy    Pink-Inspections    Canary-File Copy    Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | | Law Enforcement Case # 40400 | Accompanying Reports: □ Incident  □ Citation □ Accident  □ Other □ Special | Copies □ DA | Page # 5 |
|---|---|---|---|---|---|
| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |

| Location 2310 | Address NE 82nd | Street Ave | Unit # | City Portland | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

**Person Code   V – Victim   O – Owner   S– Suspect   F – Finder   U – Other**

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

**Property Type Codes**          **Dispo Codes**
C – Confiscated   O – Other      H – Hold   C – Crime Lab   P – Digital Photo
E – Evidence                     R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 5- 1 | C R O E | | Enrofloxacin 250 tablet bottle | | | open dog area | H C P R D | Bag 6 |
| 5- 2 | C R O E | | Sulfamethoxazole 50 | tablet bottle | | open dog area | H C P R D | Bag 6 |
| 5- 3 | C R O E | | Orbax 250 tablets | | | open dog area | H C P R D | Bag 6 |
| 5- 4 | C R O E | | Metronidazole | 500 tablets | | open dog area | H C P R D | Bag 6 |
| 5- 5 | C R O E | | Cephalexin 300 tablets | | | open dog area | H C P R D | Bag 6 |
| 5- 6 | C R O E | | Amoxicillin 500 tablets | | | open dog area | H C P R D | Bag 6 |
| 5- 7 | C R O E | | Metoclopramide 500 tablets | | | open dog area | H C P R D | Bag 6 |
| 5- 8 | C R O E | | Fish Clindamycin 100 tablet bottle | | | open dog area | H C P R D | Bag 7 |
| 5- 9 | C R O E | | Aqua-max 100 tablet bottle | | | open dog area | H C P R D | Bag 7 |

Narrative: _____

_____

| Reporting ACO | | DPSST # 40001 | Date 8/11/20 | Time 1820 |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy      Pink-Inspections      Canary-File Copy      Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case #  254895 | Law Enforcement Case #  404W0 | Accompanying Reports:  □ Incident  □ Citation  □ Accident  □ Other  □ Special | Copies  □ DA | Page #  6 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|
| | | | | | | |

| Location  2310 | Address  NE 82nd | Street  Ave | Unit # | City  Portland | State  OR | Zip  97220 |
|---|---|---|---|---|---|---|

**Person Code    V – Victim    O – Owner    S – Suspect    F – Finder    U – Other**

| Code: | No. | Last Name  Woofin | First  Palooza | Middle | DOB | Sex |
|---|---|---|---|---|---|---|

| Address | Street  2310 NE 82nd | Unit # Ave | City  Portland | State  OR | Zip  97220 | Phone |
|---|---|---|---|---|---|---|

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|

| Address | Street | Unit # | City | State | Zip | Phone |
|---|---|---|---|---|---|---|

**Property Type Codes**
C – Confiscated    O – Other
E – Evidence

**Dispo Codes**
H – Hold    C – Crime Lab    P – Digital Photo
R – Release to Owner    D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 6-1 | C R O E | | Fish Clindamycin | 100 tablet | bottle | open dog the area | H C P R D | Bag 7 |
| 6-2 | C R O E | | Fish Cillin 100 tablet | bottle | | open dog area | H C P R D | Bag 7 |
| 6-3 | C R O E | | Buprenorphine 0.3mg/ml | 3 syringes | bottle | open dog area | H C P R D | Bag 8 |
| 6-4 | C R O E | | Tramadol Hydrochlor | 50 mg | 25 de gt | the storage closet | H C P R D | Bag 8 |
| 6-5 | C R O E | | Heartworm Preventative – 125 doses | | | Storage Closet | H C P R D | Box 1 |
| 6-6 | C R O E | | Terbinafine 250 mg – 260 tablet | | bottle | Storage Closet | H C P R D | Bag 9 |
| 6-7 | C R O E | | Clindamycin drops 25mg | | | Storage Closet | H C P R D | Bag 9 |
| 6-8 | C R O E | | Cerenia 16 mg | | | Storage Closet | H C P R D | Bag 9 |
| 6-9 | C R O E | | Doxine 100 mg 250 tablet | | | Storage Closet | H C P R D | Bag 9 |

Narrative:

| Reporting ACO | | DPSST # | Date  11/10/10 | Time  18:9 |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy      Pink-Inspections      Canary-File Copy      Goldenrod-Receipt Copy

Property Evidence Report: October 2012



Dept of Community Services
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254 895 | Law Enforcement Case # 4040 | Accompanying Reports: ☐ Incident ☐ Citation ☐ Accident ☐ Other ☐ Special | Copies ☐ DA | Page # 7 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location | Address 2310 NE | Street 82nd Ave | Unit # | City Portland | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

**Person Code    V – Victim    O – Owner    S – Suspect    F – Finder    U – Other**

| Code: | No. | Last Name Woofin | First Palooza | Middle | DOB | Sex |
|---|---|---|---|---|---|---|

| Address | Street 2310 NE | Unit # 82nd | City Ave | State Portland | Zip OR 97220 | Phone |
|---|---|---|---|---|---|---|

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|

| Address | Street | Unit # | City | State | Zip | Phone |
|---|---|---|---|---|---|---|

**Property Type Codes**          **Dispo Codes**
C – Confiscated    O – Other       H – Hold    C – Crime Lab    P – Digital Photo
E – Evidence                        R – Release to Owner    D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 7-1 | C R O E | | Citalopram HBR 40 mg | 90 tablets | | Storage Closet | H C P R D | Bag 9 |
| 7-2 | C R O E | | Amitriptyline 10 mg | 100 tablets | | Storage Closet | H C P R D | Bag 9 |
| 7-3 | C R O E | | Meloxicam 7.5 mg | 100 tablets | | Storage Closet | H C P R D | Bag 9 |
| 7-4 | C R O E | | Quellin 25 mg | 3 ea | | Storage Closet | H C P R D | Bag 9 |
| 7-5 | C R O E | | Dexamethasone 1mg | 135 qty | bottle | Storage Closet | H C P R D | Bag 9 |
| 7-6 | C R O E | | Carprofen 25 mg | 30 qty bottle | | Storage Closet | H C P R D | Bag 9 |
| 7-7 | C R O E | | Alprazolam 0.25mg | Qty 2 bottle | | Storage Closet | H C P R D | Bag 9 |
| 7-8 | C R O E | | Trazodone HCl 100 mg | qty 26 bottle | | Storage Closet | H C P R D | Bag 9 |
| 7-9 | C R O E | | Rovera 75 mg | Qw | qty 7 bottle | Storage Closet | H C P R D | Bag 9 |

Narrative: _____

| Reporting ACO | | DPSST # Area | Date 8/11/16 | Time 8:31 |
|---|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy          Pink-Inspections          Canary-File Copy          Goldenrod-Receipt Copy

Property Evidence Report: October 2012



**Dept of Community Services**
**MULTNOMAH COUNTY OREGON**
Animal Services Division
P.O. Box 698, 1700 West Historic Columbia River Hwy Troutdale, Oregon 97060
(503) 988-PETS (7387) Fax (503) 988-3002

| MCAS Case # 254895 | Law Enforcement Case # 40400 | Accompanying Reports:<br>☐ Incident  ☐ Citation<br>☐ Accident  ☐ Other<br>☐ Special | Copies<br>☐ DA | Page # 8 |
|---|---|---|---|---|

| Incident Type | Receipt # | Report Date | Report Time | Occurred Date | Occurred Time | Source |
|---|---|---|---|---|---|---|

| Location | Address 2310  NE | Street 82nd  Ave | Unit # | City Portland | State OR | Zip 97220 |
|---|---|---|---|---|---|---|

| Person Code | V – Victim | O – Owner | S – Suspect | F – Finder | U – Other | | |
|---|---|---|---|---|---|---|---|
| Code: | No. | Last Name Wooth  Palaza | | First | Middle | DOB | Sex |
| Address | Street | Unit # | City | State | Zip | Phone | |

| Code: | No. | Last Name | First | Middle | DOB | Sex |
|---|---|---|---|---|---|---|
| Address | Street | Unit # | City | State | Zip | Phone |

Property Type Codes            Dispo Codes
C – Confiscated   O – Other      H – Hold   C – Crime Lab   P – Digital Photo
E – Evidence                    R – Release to Owner   D – Destroy

| Exh. No. | Type Code (circle one) | QTY | Item Description | Brand | Color | Model No. / Ser No. | Dispo Code (circle one) | Bin Loc |
|---|---|---|---|---|---|---|---|---|
| 8-1 | C R O E | | Mirtazapine 15 mg | 30 | qty bottle | Storage closet | H C P R D | Bag 9 |
| 8-2 | C R O E | | Prednisolone 5 mg | 25 | qty bottle | Storage closet | H C P R D | Bag 9 |
| 8-3 | C R O E | | Gabapentin 300mg | 20 | qty bottle | Storage closet | H C P R D | Bag 9 |
| 8-4 | C R O E | | Cerenia injectable 10mg | | | Storage closet | H C P R D | Bag 11 |
| 8-5 | C R O E | | Unlabeled white tablets | | | Storage closet | H C P R D | Bag 3 |
| 8-6 | C R O E | | 19 ea topical presc. meds | | | Storage closet | H C P R D | Bag 10 |
| 8-7 | C R O E | | 2 ea suspension | refrigerated medications | | Reception | H C P R D | Bag 12 |
| 8-8 | C R O E | | 3 ea pill bottles | refrigerated medications | | Reception | H C P R D | Bag 12 |
| 8-9 | C R O E | | 1 ea Bactracillin G 250 ml bottle | Refrigerated medications | | Reception | H C P R D | Bag 12 |

Narrative: _____

_____

| Reporting ACO | DPSST # | Date 8/11/2020 | Time 1544 |
|---|---|---|---|

PROPERTY IS RELEASED BY APPOINTMENT ONLY
CONTACT PROPERTY EVIDENCE AT 503-988-6238 FOR AN APPOINTMENT
White-Property Copy      Pink-Inspections      Canary-File Copy      Goldenrod-Receipt Copy

Property Evidence Report: October 2012